USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 5/6/2021

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| SERGIO TORRES, individually and on behalf of others similarly situated,<br><br>Plaintiff,<br><br>-against-<br><br>GOLDEN HOME FURNITURE INC., d/b/a Golden Home Furniture; 7 STAR HOME FURNITURE INC., d/b/a 7 Star Furniture; MOHAMMAD ALDAOU; FRANK DOE; and DAVID ALDAOU, a/k/a Akman,<br><br>Defendants. | 1:20-cv-04789-MKV<br><br>ORDER |

MARY KAY VYSKOCIL, United States District Judge:

The Complaint in this action was filed on June 23, 2020. [ECF No. 1.] The Clerk of Court has issued Certificates of Default for all five Defendants. [ECF Nos. 23, 24, 37, 38, 39.]

Accordingly, IT IS HEREBY ORDERED that any motion for entry of a default judgment is due on or before **June 7, 2021**. Plaintiff is directed to follow the procedures applicable to default judgments under the Court's Individual Rules and Practices for Civil Cases, available at the Court's website. Failure to move for default judgment by that date may result in dismissal of the case for failure to prosecute.

**SO ORDERED.**

**Dated: May 6, 2021**
      **New York, NY**

**MARY KAY VYSKOCIL**
**United States District Judge**