```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED:  12/6/2021
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

SERGIO TORRES, individually and on behalf of others similarly situated,

                Plaintiff,

-against-

GOLDEN HOME FURNITURE INC. d/b/a Golden Home Furniture; 7 STAR HOME FURNITURE INC. d/b/a 7 Star Furniture; MOHAMMAD ALDAOU; FRANK DOE; and DAVID ALDAOU a/k/a Akman,

                Defendants.

1:20-cv-04789-MKV

ORDER

MARY KAY VYSKOCIL, United States District Judge:

      The history of this case is detailed in the Court's Order dated October 26, 2021. [ECF No. 49]. In that Order, the Court notes that it did *not* grant Plaintiff's leave to amend the Complaint. Instead, the Court directed Plaintiff to file a Proposed Amended Complaint. [ECF No. 49].

      On October 29, 2021, Plaintiff filed what it purported to be a First Amended Complaint, notwithstanding that the Court had not granted leave to amend. [ECF No. 50]. Thereafter on November 4, 2021, the Court granted Plaintiff leave to file a First Amended Complaint. [ECF No. 51]. The Court directed Plaintiff to file a First Amended Complaint on or before November 19, 2021 and to serve the defendants with the amended complaint and file proof of service on the docket within 30 days of filing the First Amended Complaint. Since that time, Plaintiff has not filed an amended complaint.

IT IS HEREBY ORDERED that Plaintiff shall file his First Amended Complaint on or before December 13, 2021.  Plaintiff is reminded that this Court's Order dated October 26, 2021 did *not* grant Plaintiff's motion for leave to amend.

IT IS FURTHER ORDERED that Plaintiff shall serve the First Amended Complaint on Defendants and shall file proof of service on the docket on or before December 29, 2021.

**SO ORDERED.**

Date:  **December 6, 2021**
       **New York, NY**

**MARY KAY VYSKOCIL**
**United States District Judge**