```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 3/7/2022
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

SERGIO TORRES, individually and on behalf of others similarly situated,

            Plaintiff,

-against-

GOLDEN HOME FURNITURE INC. d/b/a Golden Home Furniture; 7 STAR HOME FURNITURE INC. d/b/a 7 Star Furniture; MOHAMMAD ALDAOU; FRANK DOE; and DAVID ALDAOU a/k/a Akman,

            Defendants.

1:20-cv-04789-MKV

ORDER

---

MARY KAY VYSKOCIL, United States District Judge:

Plaintiff filed the First Amended Complaint on January 7, 2022. [ECF No. 68]. Affidavits of service of summons and complaint were filed on the docket on January 20, 2022. [ECF Nos. 77–80]. According to that summons, Defendants' responses to the complaint were due February 2, 2022. [ECF Nos. 77–80]. No responses were filed, and Plaintiff has not prosecuted this case to date.

Accordingly, IT IS HEREBY ORDERED that any motion for entry of a default judgment shall be filed by March 21, 2022. Plaintiff is directed to follow the procedures applicable to default judgments under the Court's Individual Rules and Practices for Civil Cases, available at the Court's website. Failure to move for a default judgment by March 21, 2022 may result in dismissal of this action for failure to prosecute, pursuant to Rule 41(b) of the Federal Rules of Civil Procedure. *See LeSane v. Hall's Sec. Analyst, Inc.*, 239 F.3d 206, 209 (2d Cir. 2001).

    **SO ORDERED.**

*(signature: Mary Kay Vyskocil)*

**Date: March 7, 2022**
**New York, NY**

**MARY KAY VYSKOCIL**
**United States District Judge**