```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 3/6/2023
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

SERGIO TORRES, individually and on behalf of others similarly situated,

                Plaintiff,

-against-

GOLDEN HOME FURNITURE INC. d/b/a Golden Home Furniture; 7 STAR HOME FURNITURE INC. d/b/a 7 Star Furniture; MOHAMMAD ALDAOU; FRANK DOE; and DAVID ALDAOU a/k/a Akman,

                Defendants.

1:20-cv-4789 (MKV)

**SCHEDULING ORDER**

MARY KAY VYSKOCIL, United States District Judge:

Plaintiff filed a motion for default judgment as to all remaining Defendants in this case. [ECF No. 104.] The Court has carefully reviewed the motion and supporting papers.

IT IS HEREBY ORDERED that the parties shall appear on May 9, 2023 at 11:00 AM for a hearing on Plaintiff's motion for a default judgment. The hearing will be held in Courtroom 18C of 500 Pearl Street, New York, New York.

IT IS FURTHER ORDERED that by March 28, 2023, Plaintiff shall: (1) serve on Defendants both a copy of this Order and Plaintiff's motion for a default judgment and all supporting papers; and (2) file proof of such service on ECF. Any opposition to, or submission in further support of, the motion for a default judgment shall be filed by April 25, 2023.

**SO ORDERED.**

Date: March 6, 2023
      New York, NY

                                                       MARY KAY VYSKOCIL
                                                       United States District Judge