**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
------------------------------------------------------------------X
SERGIO TORRES, *individually and on behalf of others similarly situated,*

               Plaintiff,               20 **CIVIL** 4789 (MKV)

            -against-              **DEFAULT JUDGMENT**

GOLDEN HOME FURNITURE INC. d/b/a Golden Home Furniture; 7 STAR HOME FURNITURE INC. d/b/a 7 Star Furniture; MOHAMMAD ALDAOU; FRANK DOE; and DAVID ALDAOU a/k/a Akman,

               Defendants.
------------------------------------------------------------------X

    It is hereby **ORDERED, ADJUDGED, AND DECREED**, That for the reasons stated in the Court's Order dated June 2, 2023, the Court therefore adopts the R&R in its entirety. Default Judgment is entered awarding Plaintiffs $160,068 in damages and $3,649 in attorneys' fees and costs. The Court calculates prejudgment interest award from September 11, 2018 to today's date at 9% per year on the sum of $80,034 for the total amount of interest of $34,041.86 and the case is closed.

**Dated:**  New York, New York
         June 2, 2023

                                                        **RUBY J. KRAJICK**

                                                          _____
                                                               **Clerk of Court**

                    **BY:**                       _____
                                                               **Deputy Clerk**