USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 10/29/2024

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

SERGIO TORRES, *individually and on behalf of others similarly situated*,

Plaintiff,

-against-

GOLDEN HOME FURNITURE INC. d/b/a Golden Home Furniture; 7 STAR HOME FURNITURE INC. d/b/a 7 Star Furniture; MOHAMMAD ALDAOU; FRANK DOE; and DAVID ALDAOU a/k/a Akman,

Defendants.

1:20-cv-4789 (MKV)

**ORDER**

MARY KAY VYSKOCIL, United States District Judge:

On August 20, 2024, the parties in this case notified the Court that they had reached a settlement in principle. [ECF No. 135]. On October 3, 2024, Defendants' counsel notified the Court of its intention to withdraw as counsel. [ECF No. 140]. Although this case has been settled in principle, the Court must approve the parties' settlement of this FLSA case pursuant to *Cheeks v. Freeport Pancake House, Inc.*, 796 F.3d 199, 200 (2d Cir. 2015). Accordingly, the Court denied counsel's motion and directed the parties to submit a motion for settlement approval through existing counsel by October 11, 2024. [ECF No. 141]. In the alternative, the Court directed defendant's counsel to notify the Court whether Defendants intend to obtain new counsel by October 11, 2024. [ECF No. 141]. On October 9, 2024, Defendant's counsel notified the Court that Defendants have not answered their calls or responded to any correspondence. [ECF No. 142]. A conference in this case is scheduled for November 12, 2024 at 11:30 AM. On November 6, 2024, parties are directed to notify the court how they intend to proceed.

**SO ORDERED.**

Date: 10/29/2024
New York, New York

Mary Kay Vyskocil
United States District Judge