**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
-------------------------------------------------------X
SERGIO TORRES, *individually and on behalf of others similarly situated*,

        *Plaintiff*,

-against-

GOLDEN HOME FURNITURE, INC.
(D/B/A GOLDEN HOME FURNITURE),
and 7 STARS HOME FURNITURE, INC.
(D/B/A 7 STAR FURNITURE),

        *Defendants.*
-------------------------------------------------------X

1:20-cv-04789-MKV

**NOTICE OF MOTION FOR DEFAULT JUDGMENT**

      Please take notice that, upon the Declaration of Michael Faillace dated July 2, 2025 (and the exhibits attached thereto, including the Declaration of Plaintiff Sergio Torres), and all prior papers and proceedings in this case, Plaintiff, by counsel, will move this court, at such time and date as the Court may designate, pursuant to Fed. R. Civ. P. 55(b) (2) and Local Rule 55.2(b), for judgment by default against Defendants GOLDEN HOME FURNITURE, INC. (D/B/A GOLDEN HOME FURNITURE), and 7 STARS HOME FURNITURE, INC. (D/B/A 7 STAR FURNITURE).

      Answering papers, if any, shall be served on the undersigned no later than fourteen days after service of the moving papers in accordance with Local Rule 6.1(b), or at such other time as the court may direct.

Dated: New York, New York

       July 2, 2025                                MICHAEL FAILLACE & ASSOCIATES, P.C.

                                            By:    */s/ Michael Faillace*
                                                        Michael Faillace
                                                        60 East 42nd Street, Suite 4510
                                                        New York, New York 10165

(212) 317-1200
*Attorneys for Plaintiff*

To: Golden Home Furniture, Inc.
(d/b/a Golden Home Furniture)
5550 Broadway
Bronx, New York 10463

7 Stars Home Furniture, Inc.
(d/b/a 7 Star Furniture)
5550 Broadway
Bronx, New York 10463