UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

-----------------------------------------------------------------X

SERGIO TORRES, *individually and on behalf of others similarly situated*,

            *Plaintiff*,

-against-

GOLDEN HOME FURNITURE, INC. (D/B/A GOLDEN HOME FURNITURE), and 7 STARS HOME FURNITURE, INC. (D/B/A 7 STAR FURNITURE),

            *Defendants,*

-----------------------------------------------------------------X

1:20-cv-04789-MKV

**DEFAULT JUDGMENT**

    The Summons and Complaint in this action having been duly served on the above-named Defendants GOLDEN HOME FURNITURE, INC. (D/B/A GOLDEN HOME FURNITURE), and 7 STARS HOME FURNITURE, INC. (D/B/A 7 STAR FURNITURE), and said Defendants having failed to defend in this action, and said default having been duly noted, and upon the annexed Declaration in support of entry of default judgment, with exhibits thereto;

    NOW, on motion of by Order to Show Cause of Michael Faillace & Associates, P.C., counsel for Plaintiff, it is hereby

    ORDERED, ADJUDGED, and DECREED that Plaintiff SERGIO TORRES, has judgment of Defendants GOLDEN HOME FURNITURE, INC. (D/B/A GOLDEN HOME FURNITURE), and 7 STARS HOME FURNITURE, INC. (D/B/A 7 STAR FURNITURE), in the total amount of $223,584.55, which includes the total damages of $218,910.55, as well as costs, disbursements and attorney fees in the sum of $4,674.00, plus interest at the legal rate in effect on the date of this judgment; and, that the Plaintiff has execution therefore.

Dated: New York, New York

        _____, 2025.

<u>HON. MARY KAY VYSKOCIL</u>
UNITED STATES DISTRICT COURT JUDGE
